ORIGINAL

FILED U.S. DISTRICT COURT
2011 MAR -3 PM 12:11
CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MANUEL OLIVARES-LOPEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 311-003 |
| ) | |
| WALT WELLS, Warden, et al., ) | |
| ) | |
| Respondents. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Petitioner's "Motion Requesting a Final Judgment" is **DENIED** (doc. no. 16), the Federal Bureau of Prisons, Corrections Corp. of America, and McRae Correctional Facility are **DISMISSED** from this case, the instant petition filed pursuant to 28 U.S.C. § 2241 is **DISMISSED** without prejudice based on Petitioner's failure to exhaust administrative remedies (doc. no. 1), and this civil action is **CLOSED**.

SO ORDERED this 3rd day of March, 2011, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE